UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamie Oliver,<br><br>         Plaintiff,<br>v.<br><br>Creditors Financial Group, LLC, Rashon Johnson, and Julie Doe,<br><br>         Defendants. | Civil No.: 11-CV-01947 RHK/JJG<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: August 9, 11

Respectfully submitted,
**BARRY, SLADE & WHEATON, LLC**

By:  s/Christopher S. Wheaton
Christopher S. Wheaton, Esq.
Attorney I.D.#0389272
2701 University Avenue SE, Suite 209
Minneapolis, Minnesota 55414
Telephone:  (612) 379-8800
Facsimile: (612) 605-2102
cwheaton@lawpoint.com

csw                              **Attorney for Plaintiff**